■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY S. SHARCOFF, Appellant.—Ordered that upon the court's own motion, its decision and order dated February 10, 1992 [180 AD2d 1012], is recalled and vacated and the following decision and order is substituted therefor:

Appeal by the defendant, as limited by his brief, from (1) a sentence of the County Court, Nassau County (Belfi, J.), imposed August 13, 1990, and (2) an amended sentence of the same court, imposed February 19, 1991.

Ordered that the appeal from the sentence imposed August 13, 1990, is dismissed, as that sentence was superseded by the amended sentence imposed February 19, 1991; and it is further,

Ordered that the amended sentence imposed February 19, 1991, is affirmed. No opinion. Mangano, P. J., Bracken, Eiber, O'Brien and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL SLOAN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lagana, J.), rendered June 14, 1989, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.